740 A.2d 1137

**Phyliss JACOBS and Edwin Jacobs, Petitioners,**

**v.**

**Edward H. HEVENER, Respondent.**

Supreme Court of Pennsylvania.

June 4, 1999.

J. Craig Currie, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 4th day of June 1999, the Petition for Allowance of Appeal is GRANTED limited to the question of whether the trial court properly allowed, over objection, re-

spondent's counsel to make a "missing witness argument" during his closing argument. The order of the Superior Court is REVERSED and this matter is REMANDED for further proceedings consistent with this Court's decision in *Bennett v. Sakel*, 555 Pa. 560, 725 A.2d 1195 (1999).